IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Mirna A. Vasquez,                                                  No. C 15-04072 RS

          Plaintiffs,                                         **STANDBY ORDER OF DISMISSAL**

  vs.

Bank of America, et al.,

          Defendants.
_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 11, 2016**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 14, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: December 7, 2015

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE