1  Justin T. Walton, Esq.  (IN #29540-49)
      (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  jwalton@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  Lauren E. Tate, Esq. (CSB #124483)
   Tate & Associates
8  1321 8th Street, Suite 4
   Berkeley, CA  94710
9  Telephone: 510-525-5100
   Fax:  510-525-5130
10  E-Mail:  ltate@tateandassociates-law.com

11  *Local Counsel for Defendant Trans Union, LLC*

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16  MIRNA A. VASQUEZ,                    )  CASE NO.   3:15-cv-04072-RS
                    Plaintiff,           )
17                                       )  **STIPULATION AND**
            vs.                          )  **[PROPOSED] ORDER OF**
18                                       )  **DISMISSAL WITH PREJUDICE**
    BANK OF AMERICA, N.A.; TRANS UNION,  )  **BETWEEN PLAINTIFF AND**
19  LLC; EXPERIAN INFORMATION SOLUTIONS, )  **DEFENDANT TRANS UNION,**
    INC.; and  EQUIFAX INFORMATION       )  **LLC ONLY**
20  SERVICES, LLC;                       )
                    Defendants.          )
21

22        Plaintiff Mirna A. Vasquez ("Plaintiff"), by counsel, and Defendant Trans Union, LLC

23  ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them

24  have been compromised and settled, and that Plaintiff's cause against Trans Union only should

25  be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

26

27

28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
DEFENDANT TRANS UNION, LLC ONLY – 3:15-CV-04072-RS**

1

Respectfully submitted,

2

3   Date: _____        *s/ Mark F. Anderson (w/consent)*

4                                    Mark F. Anderson, Esq.  (44787)
                                     Anderson, Ogilvie & Brewer, LLP
5                                    235 Montgomery Street, Suite 914
                                     San Francisco, CO  94104
6                                    Telephone:  415-651-1951
                                     Fax:  415-956-3233
7                                    E-Mail:  mark@aoblawyers.com

8
                                     *Counsel for Mirna A. Vasquez*
9

10

11

12  Date: _____        *s/ Justin T. Walton*

                                     Justin T. Walton, Esq.  (IN #29540-49)
13                                     (admitted *Pro Hac Vice*)
                                     Schuckit & Associates, P.C.
14                                   4545 Northwestern Drive
                                     Zionsville, IN  46077
15                                   Telephone:  317-363-2400
                                     Fax:  317-363-2257
16                                   E-Mail:  jwalton@schuckitlaw.com

17                                   *Lead Counsel for Defendant Trans Union, LLC*

18

19                                   Lauren E. Tate, Esq. (CSB #124483)
                                     Tate & Associates
20                                   1321 8th Street, Suite 4
                                     Berkeley, CA  94710
21                                   Telephone:  510-525-5100
                                     Fax:  510-525-5130
22                                   E-Mail:  ltate@tateandassociates-law.com

23                                   *Local Counsel for Defendant Trans Union, LLC*

24                                   *Pursuant to Local Rule 5-1(i)(3), I attest that*
                                     *concurrence in the filing of this document has been*
25                                   *obtained from each of the Signatories.*

26

27

28

1

**[~~PROPOSED~~ ORDER]**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff

3

Mirna A. Vasquez against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff

4

Mirna A. Vasquez and Defendant Trans Union, LLC shall each bear their own costs and

5

attorneys' fees.

6

7

Date: _12/21/15_____

8

JUDGE, United States District Court,
Northern District of California

9

10

DISTRIBUTION TO:

11

| | |
|---|---|
| Mark F. Anderson, Esq. mark@aoblawyers.com | Justin T. Walton, Esq. jwalton@schuckitlaw.com |
| Alexandra A. McDonald, Esq. amcdonald@jonesday.com | Lauren E. Tate, Esq. ltate@tateandassociates-law.com |
| Deleyla A. Lawrence, Esq. dlawrence@reedsmith.com | Thomas P. Quinn, Esq. tquinn@nokesquinn.com |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28